

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA <br> Plaintiff (Petitioner) <br> vs. <br> WALTRAUD DAVIS, JAMES O. DAVIS. <br> Defendant (Respondent) | CASE and/or Docket No.: <br> 2:22-CV-01858-TJS <br> Sheriff's Sale Date: |

## AFFIDAVIT OF NON-SERVICE

**TYPE OF PROCESS:** COMPLAINT

I, ERIC AFFLERBACH, certify that I eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I attempted to serve JAMES O. DAVIS, the above process on 6/21/2022, at 3:40 PM, at 1821 TWIN HOUSE RD OXFORD, PA 19363, County of CHESTER, Commonwealth of PENNSYLVANIA;

**Manner of Service:**

Defendant was not served because: NON-SERVICE VACANT - 06/21/2022 03:40:00 PM - Non-service Vacant; PROPERTY IS VACANT. WINTERIZATION STICKER IN WINDOW FROM 4/24/22.

Service was attempted on the following dates/times:

Commonwealth/State of PENNSYLVANIA ) SS:
County of __Berks__ )

Before me, the undersigned notary public, this day, personally, appeared ERIC AFFLERBACH to me known, who being duly sworn according to law, deposes the following: I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are Due and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this _23_ day of __June__, 20_22_.

_____ Notary Public
Commonwealth of Pennsylvania - Notary Seal
Teresa A. Minzola, Notary Public
Berks County
My commission expires December 05, 2025
Commission number 1113554

File Number: USA-221226
Case ID #: 6451171