**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**9614 U.S. COURTHOUSE**
**INDEPENDENCE MALL WEST**
**601 MARKET STREET**
**PHILADELPHIA, PA 19106**

July 19, 2022

REBECCA ANN SOLARZ
KML LAW GROUP PC
701 MARKET ST SUITE 5000
PHILADELPHIA, PA 19106


RE: 2:22-cv-01858-TJS
THE UNITED STATES OF AMERICA v. DAVIS et al


Dear Counsel,

    A review of the docket shows that service of the complaint has not been made.

    Rule 4(m) of the Federal Rules of Civil Procedure requires that the defendant must be served with the complaint within ninety days after the complaint is filed. If service is not made by **August 10, 2022**, the action will be dismissed without prejudice for lack of prosecution unless good cause for the failure to comply with Rule 4(m) is shown prior to that time.

    Alex Eggert
    Deputy Clerk to Judge Savage
    267-299-7489