**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>     Plaintiff<br>  v.<br><br>WALTRAUD DAVIS<br>JAMES O. DAVIS<br>     Defendants | Civil Action No:  2:22-cv-1858 |

**SUGGESTION OF DEATH**

It is respectfully suggested that Defendant, James O. Davis is deceased, having departed this life on July 12, 2016.  Accordingly, as Defendants owned the property which is the subject of this Action of Mortgage Foreclosure as tenants by the entireties, by operation of law, title vests solely in Defendant, Waltraud Davis.

       Respectfully submitted,
       KML Law Group, P.C.


       By: /s/Rebecca A. Solarz, Esq.
       Rebecca A. Solarz, Esq.
       Suite 5000 – BNY Independence Center
       701 Market Street
       Philadelphia, PA  19106-1532