# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **WALTRAUD DAVIS and** | : | |
| **JAMES O. DAVIS** | : | **NO. 22-1858** |

## ORDER

**NOW,** this 1st day of September, 2022, upon consideration of the Motion for Service by Posting Property and Certified Mail (Doc. No. 7), it is **ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that pursuant to Fed. R. Civ. P. 4(m), this action is **DISMISSED WITHOUT PREJUDICE**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.